UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00331-MOC-DCK

| | | |
|---|---|---|
| **TROPICAL NUT & FRUIT CO.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER, JUDGMENT and |
| | ) | PERMANENT INJUNCTION |
| | ) | |
| **ANDALUCIA NUTS COMPANY,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the joint Motion for Entry of Consent Judgment and Permanent Injunction.  Having considered the joint motion and reviewed the pleadings, and finding that good cause has been shown for the proposed relief and that the parties have consented to such relief, the court enters the following Order, Judgment, and Permanent Injunction.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion for Entry of Consent Judgment and Permanent Injunction (#16) is **GRANTED**, and the following consented to Judgment and Permanent Injunction is entered:

**JUDGMENT and PERMANENT INJUNCTION**

1. Defendant and its officers, agents, representatives, employees, members, managers, and those persons acting in concert with or on behalf of Defendant, shall immediately and permanently refrain from using the following product names:

    AH SOY

    AWESOME ANTIOXIDANT

1

BALL PARK

BANANA SPLIT

BARTENDER'S BLEND

BERRY GOOD

BERRY-IFIC

BLUEBERRY THRILL

BUFFALO NUTS

CHECKMATE

CHRISTILLE BAY

CINNAMON SPLENDOR

DIET DELIGHT

FIBER FIRST

FIRECRACKER CORN NUGGET

FIRECRACKER HOT & SPICY

FIRECRACKER WASABI

FIVE STAR

FRENCH QUARTER

FRENCH QUARTER BLEND

FRUITBERRY BASKET

FRUITFUL BOUNTY

GRABEEZ

KONA COFFEE KRUNCH

MEXICALI FIRE

MY SALAD BAR

ORGANIC ACRES

ORIENTAL DELIGHT

PB&J

PEP IN YOUR STEP

PERFECTLY FIT

POPPIN' NUT CRUNCH

RISE 'N SHINE

SALTY DOG

SANTA'S SNACK

SIENNA CREAM CRUNCH

SOUTH OF THE BORDER

STUDENT FOOD

SUNBURST

SWEET CAROLINE

SWEET HEAT

SWEET TOOTH

TAHITIAN GOLD

THE BIG CHEESE

TRIPLE TREAT

WILD ABOUT WASABI

YOGURT AMBROSIA

YORK'S HARVEST

2.  All parties shall be subject to the jurisdiction of this Court in connection with the enforcement of this Consent Judgment and Permanent Injunction.

3.  This Consent Judgment and Permanent Injunction shall be binding upon the parties hereto and their successors and assigns, that the Court has jurisdiction to enter this Consent Judgment and Permanent Injunction. The parties acknowledge, and the Court finds, that this Consent Judgment and Permanent Injunction is intended to be the final order disposing of all issues in this matter, except as additional orders or rulings may be necessary to enforce this Consent Judgment and Permanent Injunction.

4.  Any claims raised in this litigation are rendered moot, are hereby dismissed, and the Court considers this action concluded, and the Court will take no further action in this matter unless requested to do so by any party to enforce this Consent Judgment and Permanent Injunction.

5.  The Court shall retain jurisdiction over this action for the purpose of enforcing the Consent Judgment and Permanent Injunction hereby entered.

**The Clerk of Court is instructed to administratively close this action.**

Signed: November 27, 2013

Max O. Cogburn Jr.
United States District Judge